AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,
Plaintiffs,
v.

READY CONSTRUCTION, INC., an Illinois Corporation,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

JUDGE: 08CV3917
JUDGE CASTILLO
MAGISTRATE JUDGE COX

TO: (Name and Address of Defendant)

READY CONSTRUCTION, INC., an Illinois Corporation
c/o: Jerome Francis Ready, Registered Agent
10902 South Albany
Chicago, IL 60655

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_[signature]_
(By) DEPUTY CLERK



July 10, 2008
Date

BY DEPUTY CLERK

| | | |
|---|---|---|
| ClientCaseID: ROBERT<br>Law Firm ID: ASHER | *193056A* | CaseReturnDate: 8/10/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08CV3917**

**I, MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **READY CONSTRUCTION, INC.**
PERSON SERVED **JEROME FRANCIS READY (AGENT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **7/29/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex MALE   Race WHITE   Age 56
Height 5'11"   Build MEDIUM   Hair GREY

LOCATION OF SERVICE **9319 S TURNER EVERGREEN PARK, IL,**

Date Of Service 7/29/08   Time of Service 8:25 PM

MICHAEL P. FEEHAN   7/30/2008
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00